**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| **CASE NO.:** CV 08-02438 SJO<br>CR 06-00179 SJO | **DATE:** June 6, 2008 |
| **TITLE:** United States of America v. Gennady Kievsky | |

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz<br>Courtroom Clerk | Not Present<br>Court Reporter |
| **COUNSEL PRESENT FOR PETITIONER:** | **COUNSEL PRESENT FOR RESPONDENT:** |
| Not Present | Not Present |

========================================================================
**PROCEEDINGS (in chambers):**
ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL
[Docket No. 7]

This matter is before the Court on Petitioner Gennady Kievsky's Motion for Appointment of Counsel, filed May 23, 2008. Kievsky, proceeding in forma pauperis, moves the Court to appoint counsel to represent him during the pendency of his habeas motion. Under 18 U.S.C. § 3006A(a)(2)(B), courts have discretion to appoint habeas counsel when the interests of justice or due process require. *See Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984). If the habeas petitioner thoroughly presents the issues in his petition and accompanying memorandum, appointment of counsel is not required. *Id.*

Here, Kievsky's habeas petition demonstrates that he is capable of representing himself. Kievsky's filings "illustrate that he ha[s] a good understanding of the issues and the ability to present forcefully and coherently his contentions." *See La Mere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987).

Accordingly, Kievsky's Motion for Appointment of Counsel is DENIED.

IT IS SO ORDERED.